**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

IN RE:

**Robert William Morgenroth
Kathleen Ellen Morgenroth**

Case # 18-06208-DD

Chapter 7

**Debtor(s)**

**APPLICATION FOR APPOINTMENT OF REAL ESTATE AGENT**

Michelle L. Vieira, Trustee for the above-captioned estate, would respectfully show the Court as follows:

1. She is the appointed and acting trustee in the above referenced bankruptcy proceeding duly qualified and acting.

2. The bankruptcy proceeding contains real property located at **16 Doe Point, St. Helena Island, SC 29920**. Your trustee is informed and believes that the employment of a real estate agent will improve the sales price for the property and for the effective administration of this estate.

3. Applicant is informed and believes that Jackson L. Cobb, SRA, CCIM, 1126 Pine Croft Drive, West Columbia, South Carolina 29170; (803) 794-5152 is a disinterested party and is qualified to act as such real estate agent in the matter.

4. The trustee proposes employing Jackson L. Cobb at a commission rate of **Six (6%) Percent**, to be approved by the court. The Trustee and Jackson L. Cobb understand that the amount of compensation awarded by the Court is subject to review pursuant to 11 U.S.C. §330 and may be different than the amount requested herein.

5. The Trustee requests that the real estate agent be authorized to deduct his commission from the proceeds of sale prior to the delivery of net proceeds to the Trustee.

6. Jackson L. Cobb has no connection with the debtor, the creditors, their respective attorneys and accountants, the United States Trustee, nor any person employed in the Office of the United States Trustee, except as specified in the affidavit of disinterestedness accompanying this application.

WHEREFORE applicant prays that this court issue its order authorizing the employment of Jackson L. Cobb as real estate agent of this estate, at a fee to be set by this court, but in no event to exceed six (6%) percent of the gross sales price, to be deducted from the proceeds of sale prior to the delivery of net proceeds to the Trustee, and for such other and further relief as this court deems just and proper.

Dated at Myrtle Beach, South Carolina,
June 4, 2019

/s/ Michelle L. Vieira
Michelle L. Vieira, Trustee
District Court ID #9876
P O Box 1480
Murrells Inlet, SC 29576
Phone (843) 497-9800
Fax    (843) 497-9881
email: Trustee@Chapter7.email

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

IN RE:

Robert William Morgenroth
Kathleen Ellen Morgenroth

Case # 18-06208-DD

Chapter 7

Debtor(s)

### AFFIDAVIT OF PROPOSED PROFESSIONAL

STATE OF SOUTH CAROLINA  )
                          )  ss
COUNTY OF LEXINGTON       )

Jackson L. Cobb hereby makes solemn oath that:

1. He is a realtor, doing business in the State of South Carolina.

2. He maintains an office at 1126 Pine Croft Drive, West Columbia, SC 29170, Telephone No. (803) 794-5152.

3. He holds no interest adverse to the estate in any manner upon which he is to become employed, nor has he agreed to accept any remuneration from any party other than as approved by this court for the duties he is about to embark upon.

4. He has no connection with the debtors, the creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, nor any person employed in the Office of the U.S. Trustee, except that he has been employed by Applicant to perform similar services on previous occasions.

5. He has served as Chapter 11 Trustee for Chapter 11 cases within this District, and shall continue to serve, upon his appointment as such, or his being voted into such position.

6. He further has provided services to Panel Trustees Anderson, Campbell, and Haigler and may continue to do so on a case by case basis.

7. He meets the definition of a "disinterested person" within the meaning of Sections 101 and 327 of the Bankruptcy Code.

JACKSON L. COBB

SWORN TO AND SUBSCRIBED before me on this 5th day of June, 2019.

NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: 1-29-28